| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TEREKUS DERRELL ROGERS, ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 49. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the 15 day of June, 2021.

*[signature]*

The Honorable Judge James C. Dever III
United States District Judge

3