UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-375-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TEREKUS DERRELL ROGERS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 51. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the __15__ day of __June__, 2021.

_____
The Honorable Judge James C. Dever III
United States District Judge

3