UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-375-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **DOCKET ENTRY NO. 68** |
| TEREKUS DERRELL ROGERS ) | |
| ) | |

This matter is before the Court on the Defendant's motion to seal Docket Entry 68. For good cause shown, the Defendant's motion is hereby granted.

SO ORDERED.

This the 29 day of November, 2021.

James C. Dever III
United States District Judge